1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                      **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   CUONG QOUC LAU,                                  Civil No.     10-2694-JLS (RBB)
12                               Petitioner,
13                 vs.
14   ROBERT CULLY, ACTING ASSISTANT          **ORDER DENYING IN FORMA**
     FIELD OFFICER DIRECTOR,                 **PAUPERIS APPLICATION AND**
15   DEPARTMENT OF HOMELAND                  **DISMISSING CASE WITHOUT**
     SECURITY, BUREAU OF IMMIGRATION         **PREJUDICE**
16   AND CUSTOMS ENFORCEMENT, et al.,
17                               Respondent.
18

19

20         Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of

21   Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of

22   Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed a request to proceed in

23   forma pauperis which reflects a $254.45 trust account balance at the facility in which he is

24   presently confined.

25   //

26   //

27   //

28   //

1        It appears Petitioner can afford the $5.00 filing fee.  Accordingly, the Court **DENIES** the

2    request to proceed in forma pauperis, and **DISMISSES** the case without prejudice.  To have the

3    case reopened, Petitioner must, no later than **March 11, 2011**, provide the Court with:  (1)

4    a copy of this Order together with the $5.00 filing fee; or (2)  a copy of this Order together with

5    adequate proof that Petitioner cannot pay the $5.00 filing fee.

6        **IT IS SO ORDERED.**

7

8    DATED:  January 10, 2011

9                    *Janis L. Sammartino*
                        Honorable Janis L. Sammartino

10                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28